UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 03 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

Case No. 18-10034

ALAA IWAISI

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and CDIL Rule 72.1(A)(24). The Defendant entered a plea of guilty to Count(s) __1__ of the Indictment / Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea(s) was / were knowing and voluntary as to each count, and that the offense(s) charged is / are supported by an independent factual basis containing each of the essential element(s) of such offense(s). I therefore recommend that the plea(s) of guilty be accepted, that a pre-sentence investigation and report be prepared, and the Defendant be adjudged guilty and have sentence imposed accordingly.

s/Jonathan E. Hawley

JONATHAN E. HAWLEY
UNITED STATES MAGISTRATE JUDGE

Date: June 3, 2021

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).