# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-10034 |
| | ) | |
| ALAA IWAISI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 3, 2021, Magistrate Judge Jonathan E. Hawley filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 81). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Count 1 of the Information is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for July 20, 2021, at 9:00 AM in Peoria before Judge Michael M. Mihm.

ENTERED this 21st day of June, 2021.

s/ Michael M. Mihm<br>
Michael M. Mihm<br>
United States District Judge